1   SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney

2
    W. DOUGLAS SPRAGUE (CASBN 202121)
3   Acting Chief, Criminal Division

4   BRIGID S. MARTIN (CASBN 231705)
    Special Assistant U.S. Attorney
5
    450 Golden Gate Ave (11th Floor)
6   San Francisco, CA 94102
    Telephone: (415) 436-7219
7   Facsimile: (415) 436-7234
    Email: brigid.martin2@usdoj.gov
8
    Attorneys for the United States
9

FILED

'7 JUL 19 AM 9: 08

RICHARD W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,        )    CRIMINAL NO.  3.07 70428
                                     )
14      Plaintiff,                   )
                                     )    NOTICE OF PROCEEDINGS ON
15      v.                           )    OUT-OF-DISTRICT CRIMINAL
                                     )    CHARGES PURSUANT TO RULES
16  DONALD STEPHEN LIENAU,           )    5(c)(2) AND (3) OF THE FEDERAL RULES
                                     )    OF CRIMINAL PROCEDURE
17      Defendant.                   )
                                     )
18  _____)

19      Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

20  Procedure that on July 18, 2007, the above-named defendant was arrested  based upon an arrest

21  warrant (copy attached) issued upon an

22      ☐  Indictment

23      ☐  Information

24      X  Criminal Complaint

25      ☐  Other (describe) _____

26  pending in the Eastern District of Michigan, Case Number CR 05-81103 RSW.

27      In that case, the defendant is charged with a violation of Title 18 United States Code, Section

28  2113(a).

                                        1

1    Description of Charges: Bank Robbery.

2

3                                          Respectfully Submitted,
                                           SCOTT N. SCHOOLS
4                                          UNITED STATES ATTORNEY

5    Date: July 19, 2007

                                           BRIGID S. MARTIN
6                                          Special Assistant U.S. Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

EASTERN _____ DISTRICT OF _____ MICHIGAN .

UNITED STATES OF AMERICA

v.

**CRIMINAL COMPLAINT**

Donald Stephen Lienau

CASE NUMBER:

**05-81108**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about ___08/05/2005_____ in ___Macomb_____ county, in the

___Eastern_____ District of ____Michigan_____ defendant(s) did, (Track Statutory Language of Offense)

**See Attachment A**

in violation of Title ____18_____ United States Code, Section(s) ____2113(a)_____ .

I further state that I am a(n) ___Special Agent - FBI_____ and that this complaint is based on the following facts:

_Official Title_

See Attached Affidavit hereby incorporated by reference as if fully restated herein.

DEC 07 2005

CLERK'S OFFICE
DETROIT

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_Signature of Complainant_

Juan M. Herrera
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

___12/07/2005_____ at ____Detroit, Michigan ___
Date                                      _City and State_

R. Steven Whalen    U.S. Magistrate Judge
Name & Title of Judicial Officer                    _Signature of Judicial Officer_

## ATTACHMENT A

### COUNT 1

On or about August 5, 2005, in Macomb County, in the Eastern
District of Michigan, Donald Stephen Lienau, did by force and
violence and intimidation, take from the person and presence of a
bank teller, $1,200 in United States currency in the possession
of Flagstar Bank, 31061 Hayes Rd, Warren, Michigan, the deposits
of which were then insured by the Federal Deposit Insurance
Corporation, in violation of Title 18, United States Code,
Section 2113(a).