# MAGISTRATE JUDGE MINUTE ORDER

☐ DOCUMENTS UNDER SEAL

| | |
|---|---|
| **DEPUTY CLERK**: Wings Hom | **REPORTER/TAPE NO.**: FTR 9:52-9:56;10:41-10:45 |
| **MAGISTRATE JUDGE**: NANDOR J. VADAS | **DATE**: July 19, 2007 |
| ☐ NEW CASE | **CASE NUMBER**: 3-07-70428 JL |

FILED 2007 JUL 19 PM 1:01 RICHARD W. WIEKING U.S. DISTRICT CLERK NO. DIST. OF CA

## APPEARANCES

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | |
|---|---|---|---|---|---|
| Donald S. Lienau | | Y | P | Ron Tyler | ☐ PD. ☐ APPT. ☐ RET. |
| **U.S. ATTORNEY**: Brigid Martin | | **INTERPRETER** | | ☐ FIN. AFFIDAVIT SUBMITTED<br>☐ DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL<br>☐ COUNSEL APPOINTED<br>☐ PARTIAL PAYMENT OF CJA FEES ORDERED | |
| **PROBATION OFFICER** | | **PRETRIAL SERVICES OFFICER**: Brad Wilson | | | |

## PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEARANCE | ☐ PRELIMINARY HEARING | ☐ MOTION | ☐ JUDGMENT & SENTENCING | ☐ STATUS |
| ☐ I.D. COUNSEL | ☐ OR ARRAIGNMENT | ☐ BOND POSTING/SIGNING | ☐ IA ON PETITION TO REVOKE PROB. | ☐ TRIAL |
| ☐ DETENTION HEARING | ☐ REMOVAL HEARING | ☐ CHANGE OF PLEA | ☐ PROB. REVOC. OR SUPV. REL. HRG. | ☐ OTHER |

## INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

## ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE STATED | ☐ WAIVER OF INDICTMENT FILED |

## RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | ➡ AMOUNT OF SECURITY | AMOUNT RECEIVED $ | ☐ PASSPORT SURRENDERED DATE: |

**PROPERTY POSTED/TO BE POSTED**                **REAL PROPERTY**: ☐

☐ CASH   ☐ CORPORATE SECURITY

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT ORDERED | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |

| **ORDER REMOVED TO THE DISTRICT OF**: Eastern Dist. Of Michigan | **OTHER**: Deft waived ID/Removal hrg |

## PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | ☐ GUILTY TO COUNTS: |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | ☐ OTHER: |

## CONTINUANCE

| TO: 8-2-07 | ☐ I.D. COUNSEL | ☐ BOND POSTING/SIGNING | ☐ STATUS RE: CONSENT | ☐ JURY TRIAL |
| AT: 9:30 a.m. | ☐ FINAN. AFFIDAVIT SUBMITTED | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ PLEA | ☐ BOND HEARING |
| BEFORE HON. JCS | ☐ DETENTION HEARING | | ☐ TO HEAR MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | | ☐ IDENTITY/REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |
| ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ TRIAL SETTING | ☐ COURT TRIAL | ☒ STATUS |

## ADDITIONAL PROCEEDINGS

on removal (control date)

COPIES SENT TO: Gloria, Karen                DOCUMENT NUMBER: